IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-082-Y |
| YOUSEF HENDI (01) | |

## FACTUAL RESUME

### SUPERSEDING INFORMATION:
Count One: Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a);
Count Two: Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a);

**PLEA:** Guilty plea to Count One and Count Two

### PENALTY:

The penalties the Court can impose for each count is as follows:

- a term of imprisonment for not less than fifteen (15) years and not more than thirty (30) years per count, for a maximum term of not less than thirty (30) years and not more than sixty (60) years;
- a fine up to the amount of $250,000, for a maximum total of $500,000; or twice the pecuniary gain or twice the pecuniary loss, per count;
- a mandatory special assessment of $100 per count for a total of $200;
- a term of supervised release of five (5) years up to any term of years to life for each count. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement. Also, in a revocation of multiple counts, the Court may run sentences consecutively;
- restitution to victims or to the community, which may be mandatory under the law; and
- additionally, unless the Court finds the defendant to be indigent, a mandatory special assessment of $5000 for each count must also be imposed pursuant to 18 U.S.C. § 3014 for offenses occurring on or after May 29, 2015.

## ELEMENTS OF THE OFFENSE:

In order to establish the offenses alleged for each of the counts listed in the Information, the Government must prove the following elements beyond a reasonable doubt:

First: That on or about the date set out in the Information, the defendant did knowingly employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct;

Second: The defendant acted with the intent of producing any visual depiction of such conduct; and

Third: The visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce.

## STIPULATION OF FACTS:

1. Between on or about November 19, 2016 and continuing through on or about November 28, 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant Yousef Hendi did knowingly employ, use, persuade, induce, entice and coerce a minor, "MV-6," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depictions, specifically identified as "Screenshot_2016-11-27-21-18-07.png," described as a still image depicting actual and simulated penetration of the vagina of MV-6, a nude, minor female, and "[redacted]716b7.mp4," described as a video file of MV-6, a nude minor female, inserting and penetrating her vagina with the handle of a hairbrush, were transported and transmitted using any means and facility of interstate and foreign commerce.

2. On or about June 1, 2017, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant Yousef Hendi did knowingly employ, use, persuade,

induce, entice and coerce a minor, "MV-4," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction, specifically identified as "2017_06_01_13_32_24.mp4," and described as a video depicting MV-4, a minor female who removes her pajama pants and repeatedly penetrates her vagina using the handle of a hairbrush, was transported and transmitted using any means and facility of interstate and foreign commerce.

3. On November 1, 2017, Homeland Security Investigations (HSI) was conducting a child pornography investigation that involved service of a search warrant at Yousef Hendi's home in Arlington, Texas. During a preliminary on-scene triage of computers and cell phone devices, agents identified images of nude minors located on Hendi's Samsung Galaxy cell phone in his Google Photos application. Agents confronted Hendi about the images, and he admitted that he had coerced female teenagers to send sexually explicit images of themselves. The videos and images were maintained in Hendi's Google account.

4. A subsequent detailed examination of the contents of Hendi's Google account led to the discovery that Hendi used his Kik account to communicate with and persuade, coerce, and entice minors to engage in sexually explicit conduct, which Hendi then captured and saved to his Google Photos account. In particular, agents identified multiple folders containing recorded videos and images of MV-6, to include a screenshot with the file designation, "Screenshot_2016-11-27-21-18-07.png," described as a still image depicting actual and simulated penetration of the vagina of MV-6, a nude, minor

female, with a hairbrush. A video file depicting the event, [redacted]716b7.mp4, was located in the same folder. Communications, which occurred beginning in or around November 19, 2016 and continuing until on or about November 28, 2016, include Hendi directing MV-6 to provide nude, sexually explicit images and videos of herself and threatening to expose her images on the Internet. The charged files were uploaded to Hendi's Google account on or about November 27, 2016.

5. HSI agents also identified a folder containing images and videos of MV-4. The video file, designated 2017_06_01_13_32_24.mp4 was uploaded by Hendi to his Google account on or about June 1, 2017. The video created by Hendi depicts MV-4, a minor female, removing her pajama pants and repeatedly penetrating her vagina with a hairbrush. The video includes simultaneous communications with MV-4 in which Hendi directs the minor to insert the hairbrush into her vagina or he will expose other sexually explicit images of her over the Internet.

6. Hendi admits that he used, persuaded, induced, enticed or coerced MV-6 and MV-4, whom he knew to be minors, to engage in sexually explicit conduct for the purpose of producing visual depictions, which are previously described in paragraphs one and two. Hendi used the Internet as well as his Kik Instant Messaging Application to produce the sexually explicit depictions of minors, and he used the Internet to transport or transmit the images and videos of the minors to his Google Photos account. Hendi also stipulates that the Internet is a means or facility of interstate or foreign commerce.

SIGNED and AGREED to on this the 9 day of APRIL, 2018.

X Yousef Hendi
YOUSEF HENDI
Defendant

STEPHEN GORDON
Attorney for Defendant

The defendant recognizes that pleading guilty may have consequences with respect to his immigration status if he is not a citizen of the United States, including removal from the United States. Removal and other immigration consequences would be the subject of a separate proceeding, however, and defendant understands, that no one, including his attorney or the District Court, can predict to a certainty the effect of his conviction on his immigration status. The defendant nevertheless affirms that he wants to plead guilty regardless of any immigration consequences that his plea may entail, even if the consequences include his automatic removal from the United States.

X Yousef Hendi
YOUSEF HENDI
Defendant

STEPHEN GORDON
Counsel for Defendant

I have been advised, and understand, that under the Sex Offender Registration and Notification Act, a federal law, I must register and keep the registration current in each of the following jurisdictions: where I reside; where I am an employee; and where I am a student. I understand that the requirements for registration include providing my name, my residence address, and the names and addresses of any places where I am or will be an employee or a student, among other information. I further understand that the requirement to keep the registration current includes informing at least one jurisdiction in which I reside, am an employee, or am a student not later than three business days after any change of my name, residence, employment, or student status as well as an intent to travel in foreign commerce. I have been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register under federal law, 18 U.S.C. Section 2250, which is punishable by a fine or imprisonment or both.

X Yousef Hendi
YOUSEF HENDI
Defendant

Date

I am the defendant's counsel. I have carefully reviewed every part of this Factual Resume with the defendant, including the notice that he is required to register as a sex offender and potential immigration consequences if he is not a United States citizen. To my knowledge and belief, my client's decision to enter into this Factual Resume is an informed and voluntary one.

_____  _____5/9/18_____
STEPHEN GORDON                           Date
Attorney for Defendant