MO-1 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means** PRESIDING  
COURT REPORTER/TAPE: **Debbie Saenz**  
DEPUTY CLERK **Carmen Bush**  
USPO **Joshua Whitfill**  
LAW CLERK  
INTERPRETER

CR. No. **4:18-CR-082-Y**   DEFT. No. **(1)**

UNITED STATES OF AMERICA §  
§  
v. §   **Aisha Saleem,** AUSA  
§  
YOUSEF HENDI §   **Stephen E Gordon, (R)**  
Defendant's Name   Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: **11-1-18**  
Hearing Type: ☒ Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary  
Time in Court: **40 mins.**  
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered  
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial ☐ Settled/Guilty Plea ☐ None  
Days in Trial:  
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.  
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.  
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of **240 months*** .  
☒ .. Deft. placed on: Supervised Released for **10 years ** **.  
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.  
☐ .. Count(s) _____ dismissed on government's motion.  
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.  
☒ .. $ **200.00** special assessment on Count(s) **1 & 2**  
of ☐ Complaint ☐ Indictment ☐ Information ☐ Superseding Indictment ☒ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____.  
☐ ...... Deft failed to appear, bench warrant to issue.  
☐ ...... Bond ☐ continued ☐ revoked  
☒ ...... Deft Advised of his right to appeal.  
☐ ...... Deft requests Clerk to enter notice of Appeal.  
☒ ...... Deft Custody/Detention continued.  
☐ ...... Deft REMANDED to custody.   Court recommends incarceration at _____.

**FILED**  
**November 01, 2018**  
KAREN MITCHELL  
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: * as to count one, and 240 months as to count two, to run consecutively to count one, for a total of 480 months.  
** as to counts one and two, to run concurrently with each other, for a total term of 10 years.  
Govt's witness, special agent Mitchell, sworn & testified.

Attorney admissions: (01).